(99 South. 907)

COTTINGHAM et al. v. LOVE. (2 Div. 793.)

(Supreme Court of Alabama.   April 24, 1924.)

Partition ⏞12(5)—May be maintained by life tenant of fractional interest.

A life tenant in a fractional interest might maintain a bill for sale of land for division among joint owners.

Appeal from Circuit Court, Bibb County; S. F. Hobbs, Judge.

Bill in equity by Robert Love against Emma Cottingham and E. M. Cottingham for sale of lands for division among joint owners. From a decree overruling demurrer to the bill, respondents appeal. Affirmed.

Ellison & Dominick, of Birmingham, for appellants.

Counsel assert that the authorities are to the contrary of the doctrine of the demurrers to the bill.

Percy, Benners & Burr, of Birmingham, for appellee.

Appellant confesses that there is no merit in the appeal. It should be affirmed.

GARDNER, J. Appellee, as a life tenant to an undivided interest in certain lands situated in Bibb county, filed this bill against appellants for a sale of said lands for division among the joint owners thereof. Appellants' demurrer takes the point that such life tenant could not maintain a bill of this character. The life tenancy is as to a fractional interest in the land, and the demurrer to the bill was properly overruled, under the following, among other, authorities: McQueen v. Turner, 91 Ala. 273, 8 South. 863; Fitts v. Craddock, 144 Ala. 437, 39 South. 506, 113 Am. St. Rep. 53; Fies v. Rosser, 162 Ala. 504, 50 South. 287; Hollis v. Watkins, 181 Ala. 248, 61 South. 893; Jordan v. Walker, 201 Ala. 248, 77 South. 838; Wheat v. Wheat, 190 Ala. 461, 67 South. 417; Chapman v. York, 208 Ala. 274, 94 South. 90.

The decree of the court below will therefore be here affirmed.

Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

━━━━━━━━━━

⏞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes